B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District Of Illinois

In re __Jose Gonzalez__,  
        Debtor

Case No. __13 B 44306__

Chapter __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __76.50__    Check one ☐ With the filing of the petition, or  
                               ☑ On or before __Dec. 13, 2013__

$ __76.50__ on or before __January 10, 2014__

$ __76.50__ on or before __February 7, 2014__

$ __76.50__ on or before __March 7, 2014__

☑ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date: __NOV 21 2013__

BY THE COURT

_Pamela S Hollis_  
_United States Bankruptcy Judge_

CERTIFICATE OF SERVICE

Case Number:   13 B 44306
Case Name:     Jose A. Gonzalez

I, Steven P. Beckerman, Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 21st day of November, 2013, I caused to be served via the Court's Electronic Notification or via First Class mail (**) a true and correct copy of:

Order Approving Payment Of The Chapter 7 Filing Fee In Installments Dated November 21, 2013

to each of the following named individuals:

**Jose A. Gonzalez (**)**
140 W. Norman Ln
Wheeling, IL 60090

**Deborah Michelle Gutfeld**
Perkins Coie LLP
131 S. Dearborn, Ste. 1700
Chicago, IL 60603

**Patricik S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

_____
Steven P. Beckerman
Courtroom Deputy